**Victor Pine and Samuel Pine, Trading as Pine Roofing Co., Appellees, v. R. L. Wheeler, Appellant.**

Gen. No. 46,500. 

First District, First Division.

January 31, 1955.

Released for publication February 23, 1955.

W.

B. Steinberg, and Leonard Karlin, for appellant; Irving B. Campbell, for appellees. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.